United States District Court
for the District of New Jersey

_____ :
**TRISTA A. RAGAISIS** :
: Civil No. 09-3223
Plaintiff :
vs. : Order of Reassignment
**ORGANON USA , ET AL.** :
:
Defendant :
_____ :

It is on this 6th day of August 2009,

O R D E R E D that the entitled action is reassigned

from Judge Harold A. Ackerman to Judge Susan D. Wigenton

    S/Garrett E. Brown, Jr.
Garrett E. Brown, Jr., Chief Judge
United States District Court